*United States District Court*
*District of Massachusetts*

ATTACHMENT 1

PLAINTIFF
Jonathan S. Pressman
271 Mass. Ave., Apt 43
Arlington, MA 02474

DEFENDANT
Leon E. Lombard, Landlord/Owner
AKA Grove Associates
271 Mass. Ave
Arlington, MA 02474

FILED
CLERK'S OFFICE
2005 MAR 15 P 4:11
05 - 10 -
DISTRICT COURT
DISTRICT OF MASS

Referred to MJ J6 Deir

PARTIES

(1) The plaintiff is a resident of Middlesex County, Massachusetts and a citizen of the United States

(1) The defendant, Leon E. Lombard is a resident of Middlesex County, Massachusetts

JURISDICTION

(2) This court has jurisdiction over this matter pursuant to 28 U.S.C. 1331



## FACTS

JONATHAN PRESSMAN IS A RENTER APT 43 221 MASS. AVE, ARLINGTON, MASS (A STUDIO "O" BEDROOM APT) UNDER "SECTION 8" (TENANT AT WILL AFTER 1st YEAR LEASE)

– THIS APT IS TOO SMALL (CLAUTROPHOBIC RISK) AND HAS HAD APPROXIMATELY 18 "NO HEAT" EVENTS WITH TEMPERATURES IN APT IN THE "50'S (FAHRENHEIT)

– NO HEATING CONTRACTOR HAS EVALUATED THIS RECURRING AND ON-GOING SITUATION –

– "BLEEDING" THE ENTRANC VALVE (CLOGGED BY AIR, ? ETC.) CORRECTS PROBLEM FOR 1-15 DAYS ONLY – (FOLLOWED ALWAYS BY WATER LEAKING ON FLOOR AFTERWARDS)

– ? WHETHER OTHER APTS OR PREVIOUS TENANTS WITH SIMILAR INTOLERABLE PROBLEM (DENIED BY OWNER'S SON – THE "MAINTENCE MAN" (LEON "ROCKY" LOMBARD, JR) –

– 8-9 MO AGO, A 1 BEDROOM APT AT $1050/MO AVAILABLE 2 FLOORS BELOW (2nd FLOOR) (WITH NO HEAT PROBLEM KNOWN) (JONATHAN IS APPROVED BY SECTION 8 (HUD) FOR A "1 BEDROOM" APT.

– JONATHAN WAS DENIED THIS APT (NO REASON GIVEN)

– APPROX 3 WKS AGO A 1-BEDROOM APT ON 2nd FLOOR WAS AVAILABLE – PRICE QUOTED TWICE BY BUILDING SUPERINTEND (FORMER REAL ESTATE BROKER AND THE PERSON WHO "SHOWS" THE APARTMENTS TO PROSPECTIVE TENANTS WAS $1050/MO ON TWO SEPARATE OCCASIONS TO JONATHAN AND TO DAVID L. PRESSMAN (FATHER)

– BUT JON'S REQUEST FOR THIS AVAILABLE APT WAS IGNORED BY OWNERS (MAXIMUM RENTAL COST ALLOWED FOR 1 BR BY SECTION 8 IS $1087.00/mo – and JONATHAN QUALIFIED FOR SECTION 8 APPROVAL AT $1050.00 RENTAL COST QUOTED –

THEN, DURING HEAT FAILURE #17, OWNER'S SON SAID JON COULD NOT QUALIFY FOR THIS APT BECAUSE RENT WAS $1350.00/MO – – WHEN CONFRONTED WITH QUOTE FROM 10 AND 6 DAYS EARLIER, OWNER'S SON SAID COST WAS $1200/MO AND WE WERE "MISTAKEN" AT $1050.00 (WE WEREN'T MISTAKEN) OWNER DENIED RENTAL TO JON – REAL REASON ALLEGED TO BE JON'S FATHER'S INSISTENCE THAT HEAT FAILURE BE EVALUATED AND FIXED BY QUALIFIED HEATING CONTRACTOR

SECTION 8 VENDOR (METROPOLITAN HOUSING PARTNERSHIP) ADVISED OF THIS AND ARRANGED PRE-INSPECTION INSPECTION ANYWAY –

PRESSMAN'S FATHER FOUND THAT APT BEING ADVERTISED ON CRAIG'S LIST FOR $1150.00/MO (ALSO "NEGOTIABLE") BY METRO REALTY PROPERTIES GREATER BOSTON

– EXPLANATION UPON REPORTING THIS TO OWNER → "A MISTAKE" BY REALTY CO.

– 24 HRS LATER BOWES RE. HAD THIS APT FOR $1100.00/mo – AGAIN "A MISTAKE BY REALTY CO."

(continued)

con't

THIS IS VIOLATION OF SECTION 8 RULES
~~CHARGING HUD (SECTION 8~~

— THEN THIS WAS "COVERED UP" BY OWNER AND BOTH REALTY OFFICES BY THIS "MISTAKE". — AND REFERENCE MADE THA AD WAS "ANOTHER APT" —
(IT WASN'T ANOTHER APT - THE AGENTS CLEARLY STATED IT WAS APT 21 AT 251 MASS AVE)

DR BRESSMAN NOTIFIED METRO HOUSING (KEVIN DONAHER AND REGIONAL COUNSEL FOR HUD OF THIS VIOLATION OF SECTION 8, AND ADA + CIVIL RIGHTS)

THEN OWNER'S SON TRIED TO GET DR PRESSMAN TO AGREE TO $1150/MO BECAUSE IT WOULDN'T COST JON ANY MORE OF HIS FUNDS PER MONTH —

MR DONAHER TOLD PRESSMAN'S TO LET HIM NEGOTIATE THE PRICE — which HE DID AT $1100.00/mo)

THEN OWNER SENT LETTER DENYING APT RENTAL TO JON BECAUSE OF DR BRESSMAN'S ALLEGED "UPSETTING OF AN UNSPECIFIED TENANT" — ?? A BOWES REALTY AGENT WHO HAD A "SERTA SOFA BED FOR SALE AT $275/MO) — WHO MOVED TO FLORIDA 24-36 HRS AGO —
(DR PRESSMAN NEVER UPSET ANYONE — DENIES THIS)

when owner called, owner stated the "real" reason was DR PRESSMAN'S "THREATS" TO HAVE SECTION 8 VIOLATIONS CLAIMED AND ? "COVER-UP" BY REAL ESTATE AGENTS AND OWNER'S SON REPORTED AND CLAIMS FILED FOR ALLEGED VIOLATIONS OF HUD SECTION 8, ADA + CIVIL RIGHTS ETC ETC

TELEPHONE: 781 646-6671

Jonat S. P___
JONATHAN PRESSMAN
271 MASS AVE APT 43
ARLINGTON MA 02474

JONATHAN BRESSMAN IS OFFICIALLY "DISABLED" SSI AND SSDI WITH DOCUMENTED HISTORY MAJOR DEPRESSIVE (BI-POLAR DISEASE) WITH DOCUMENTED PAST HISTORY OF MEDICATION RESISTANCE AND NEED FOR ?18 ELECTRO SHOCK TREATMENTS PREVIOUS SUICIDE ATTEMPT 7/3/2003)

RISK OF PRECIPITATION OF RECURRENCE OF SEVERE DEPRESSION WITH LOSS OF THIS APT

REQUEST IMMEDIATE PRELIMINARY INJUNCTION TO PREVENT RECTION OF THIS APT (APPROVED ) pending investigation of complaint

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JONATHAN S. PRESSMAN
271 MASS AVE. APT 43
ARLINGTON, MA 02474

(b) County of Residence of First Listed Plaintiff **MIDDLESEX**
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
LEON H. LOMBARD
(AKA GROUP ASSOCIATES)
271 MASS. AVE.
ARLINGTON, MA 02474

County of Residence of First Listed Defendant **MIDDLESEX**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
PRO SE

Attorneys (If Known)
05-10497 RCL

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☒ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS - PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☒ 446 Amer. w/Disabilities - Other
- ☒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
SECTION 8 VIOLATIONS / AMERICANS WITH DISABILITIES ACT / ANTI-DISCRIMINATION ACT / RETALIATIONS

Brief description of cause:
DENIAL OF RENTING APARTMENT AS RETALIATION AGAINST THIRD PARTY AND REPORTING OF CIVIL VIOLATIONS OF SECTION 8 RULES + STATUTES

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
REQUEST PRELIMINARY INJUNCTION AGAINST RENTING APT TO ANOTHER PARTY

DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE
PENDING INVESTIGATION OF ALLEGED VIOLATIONS BECAUSE OF IRREPARABLE HARM (RISK OF PRECIPITATING RECURRENCE OF MAJOR DEPRESSION IN PATIENT WITH DOCUMENTED HISTORY OF TREATMENT-RESISTANT DEPRESSION AND PREVIOUS SUICIDE ATTEMPT (7/3/2003))
DIAGNOSIS: BI-POLAR DISEASE

DATE 3/15/05
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) PRESSMAN vs LOMBARD (AKA GROVE ASSOCIATES)

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___  II.   195, 368, 400, (440), 441-444, 540, 550, 555, 625, 710, 720, 730, *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.  for patent, trademark or copyright cases

   ___  III.  110, 120, 130, 140, 151, 190, 210, (230), 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ___  V.    150, 152, 153.      ALSO: 440        05-10497 RCL

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

                                                          YES     (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

                                                          YES     (NO)

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

                                                          YES     (NO)

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

                                                          YES     (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

                                                          (YES)    NO

   A.   IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

        (EASTERN DIVISION)        CENTRAL DIVISION        WESTERN DIVISION

   B.   IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

        EASTERN DIVISION          CENTRAL DIVISION        WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME    PRO SE
ADDRESS
TELEPHONE NO.

(Cover sheet local.wpd - 11/27/00)