UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

2005 MAR 16  A 11: 00

U.S. DISTRICT COURT
DISTRICT OF MASS

Jonathan S. Pressman

PLAINTIFF

Motion for Appointment of Counsel

v.

05-10497 RCL

Leon E. Lombard
(AKA Grove Associates)

DEFENDANT

---

I receive SSDI benefits for an established disability, and have met the low financial criteria for SSI benefits..both of which give me a total monthly income of only about $700.00. My average checking and savings account balance is only about $200.00 - $250.00 mid-month , and I think I only have about $1000.00 in my IRA, which I can't withdraw without a penalty. I have no other property of any value. I have been unemployed for about three (3) years…and have just started a part-time job which I expect to net only about $140.00 income per week..and I cannot count on that continuing..although it is too early to say..(I have not yet been paid for that new part-time job.)

We have attempted to find a lawyer : e.g., eight attempts today alone..with no success. I am hoping that Federal and State agencies will investigate the complaints on allegations of serious violations of Section 8 HUD rules and regulations, violations under Americans with Disabilities Act, Mass. Discrimination, and allegations of Federal Civil Rights violations, most of which are Civil, but may, after investigation by Federal agencies, involve felonies("cover-up" and conspiracy to defraud a Federal agency.) I am aware that allegations of serious violations under ADA, if proven, may result in an award of punitive damages and/or reimbursement of legal fees..but this cannot be predicted or assumed at this stage by me.

I cannot predict whether the involved Federal and State agencies will pursue allegations,1 and, therefore, I must plan now for personal litigation, the costs of which are prohibitive under my financial situation.

Therefore, I am now respectfully requesting that the Court appoint an appropriate attorney for me, after issuing the requested Preliminary Injunction, so that I can pursue these serious and significant matters which, if unchallenged, create a foreseeable irreparable harm to me.

Jonathan S. Pressman          Jonath S. Pres
                              3-15-05