JONATHAN S. PRESSMAN
271 MASS. AVE; APT 43
PLAINTIFF   ARLINGTON, MA 02474
v.
LEON E. LOMBARD
(AKA GROVE ASSOCIATES)
271 MASS AVE
ARLINGTON, MA 02474

FILED
IN CLERKS OFFICE
2005 MAR 16 A 11:24
US DISTRICT COURT
DISTRICT OF MASS

05-10497 RCL

ADDENDUM 3/16/05

I AM SEEKING A PRELIMINARY INJUNCTION TO HALT RENTING APT. 21 (271 MASS AVE, ARLINGTON MA 02474) TO ANOTHER PERSON(S) - THIS APT. HAS ALREADY BEEN INSPECTED AND APPROVED BY SECTION 8 (HUD) (METROPOLITAN HOUSING PARTNERSHIP - BOSTON) ON 3/11/05 AND SIGNED FOR BY OWNER (LEON E. LOMBARD) FOR $1100/MO BEGINNING APPROXIMATELY 3/15/05

I FURTHER REQUEST THAT THIS COURT CONSIDER ADDENDUM MOTION FOR APPOINTMENT OF COUNSEL SUBMITTED 3/16/05 SO THAT I CAN HAVE AN ATTORNEY CONTACT DEFENDANT (AND ATTORNEY) TO ARRANGE IMMEDIATE MEETING OF ALL PARTIES IN AN ATTEMPT TO MEDIATE THIS MATTER TODAY OR TOMORROW - TO AVOID IRREPARABLE HARM TO ME

RESPECTFULLY SUBMITTED -

Jonathan S. Pressman  3/16/05
JONATHAN S. PRESSMAN
(PLAINTIFF)
271 MASS. AVE
APT. 43
ARLINGTON, MA 02474
PHONE: (781) 646-6671

# Grove Associates

271 Massachusetts Avenue
Arlington, Massachusetts 02474-8303

(781) 648-8602

March 12, 2005

Mr. Johnathan Pressman
271 Massachusetts Avenue   Apt. 43
Arlington, MA 02474

Dear Johnathan;

I believe you know my son tried very hard to please your father the past few weeks while I was out of town. However it appears he was not successful.

You are a good tenant and we are pleased to have you as a resident in our building and did consider your request to transfer to a one bedroom apartment.

We tolerated but are not itimidated by your fathers accusations, abusive language and threats. We were working with Metropolitan Boston Housing Partnership to grant your request.

When I arrived home last night I found that your father had upset one of the other residents in the building. This I cannot and will not tolerate.

I have a deep concern that if you have a larger apartment your father might spend more time with you and possibly offend more tenants. For this reason and reasons mentioned above I am notifying Metropolitan Boston Housing Partnership that I do not wish to proceed with a new lease.

I am truly sorry for your sake Johnathan that I had to make this decision and hope you understand.

Very truly yours,

Leon E. Lombard

copies: Metropolitan Boston Housing Partnership
        Keshian & Reynolds, PC
        file

**From:** tom_rodick@hud.gov
**To:** pressman829@comcast.net
**Subject:** section 8 question
**Date:** Fri, 4 Mar 2005 16:56:06 +0000

Dr. Pressman:

This responds to your request for information about the penalties a landlord may face for charging an higher rent to section 8 tenants than he charges to market rate tenants.

It is illegal in Massachusetts for a landlord to discriminate against persons in housing on the basis of their source of income, which includes the receipt of section 8 assistance. MGL c. 151B, section 4, 10. If the landlord charges a higher rent on the basis of the receipt of section 8, and if there is no legitimate business justification for charging the higher rent, the landlord may be in violation of state law.

In order to determine whether the landlord is discriminating against persons on the basis of their source of income, the Massachusetts Commission Against Discrimination will, after the receipt of a formal complaint, investigate. If the evidence leads to a conclusion that there is probable cause to beleve that the Act has been violated, there are a number of remedies available, including compensatory damages, injunctive relief, and civil penalties. As I explained during our telephone conversation, you will need to file a complaint, either with the MCAD, or directly in court, in order to invoke your right to these remedies.

You also wanted to know what the potential federal penalties are if a landlord is systematically charging higher rents for section 8 units. Again, the answer to that question cannot be answered in the abstact. In all cases, landlords may charge a reasonable rent for their units. If a higher rent is being charged to section 8 tenants, HUD would want to know how much more and why. Assuming for the sake of argument that the landlord is charging much more for section 8 units and does not have a legitimate business justification, and assuming that the MCAD has found probable cause to believe that an illegal housing practice has occurred, HUD (or in this case MBHP) may declare a default under the Housing Assistance Payments contract with the landlord and terminate assistance to the affected units. HUD may also, in appropriate cases, issue adminsitrative sanctions against the landlord, such as debarment or suspension from doing business with the federal Government. The situation you described to me on the phone does not rise to the level of declaring a default, nor would it, without an investigation and the discovery of many more facts, justify the imposition of administrative sanctions. You may want to contact HUD's Inspector General to speak with an agent to ascertain whether the issues you have with your son's landlord's actions warrant an investigation. 800-347-3735.

In any case, I urge you to work with MBHP (the HAP contract administrator for your son's voucher) to attempt an amicable resolution on the issues you raised. It is apparent that you are very upset about your son's situation, so I would urge you to seek assistance from MBHP or appropriate governmental agencies rather than to continue making demands on your own.

Thomas W. Rodick
Deputy Regional Counsel

[ Back ]

INBOX: PRESSMAN829

      

Storage
Move to Folder

- MESSAGE CENTER
- **INBOX**
- Draft
- Screened Mail [EMPTY]
- SentMail
- Trash [EMPTY]
- + My Folders [EDIT]
- Address Book
- Mailbox Manager
- Email Options
- ? Help
- X Sign Out

**Comcast PhotoCenter**
SHARE A SMILE

**Comcast Rhapsody**
LISTEN TO MUSIC

INBOX: Email 6 of 10      previous email

**From:** "Susan Nohl" <susan.nohl@mbhp.org> [Add to Address Book] [View So
**To:** "Julia Kehoe" <Julia.Kehoe@mbhp.org>
**Cc:** <Pressman829@comcast.net>
**Subject:** Request from Dr. Pressman
**Date:** Fri, 25 Feb 2005 19:07:01 +0000

Julia-

Dr. Pressman has officially requested that you schedule a hearing to give him t
opportunity to discuss his issues with Karla Vasquez, Elizabeth Stewart and m
requesting that Karla, Elizabeth and I be present for the hearing, but that you h
individual hearings. He has witnesses that he plans to bring with him to the he

He requests that you make this a top priority when you return from vacation. Y
contact him at (978) 657-4141.

Thanks
Sue

------------------------------------------------------------
Susan Nohl
Director of Client Services
Metropolitan Boston Housing Partnership
125 Lincoln Street
Boston, MA 02111
(617) 425-6608 (phone)
(617) 426-4256 (fax)
susan.nohl@mbhp.org
www.mbhp.org

INBOX: Email 6 of 10      previous email

(comcast        © 2004 Comcast Cable Communications, Inc.
Privacy Statement Terms of Service

# Request for Tenancy Approval
## Housing Choice Voucher Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing

OMB Approval No. 2577-0169
(exp. 07/31/2007)

FILED CLERKS OFFICE
2005 MAR [?]
U.S. DIST. COURT
DIST. OF MASS

Public reporting burden for this collection of information is estimated to average .08 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

Eligible families submit this information to the Public Housing Authority (PHA) when applying for housing assistance under Section 8 of the U.S. Housing Act of 1937 (42 U.S.C. 1437f). The PHA uses the information to determine if the family is eligible, if the unit is eligible, and if the lease complies with program and statutory requirements. Responses are required to obtain a benefit from the Federal Government. The information requested does not lend itself to confidentiality.

1. Name of Public Housing Agency (PHA)
MBHP
125 Lincoln St. Boston MA 02111
Ph: 617-859-0400  Fax: 617-426-4256

2. Address of Unit (street address, apartment number, city, State & zip code)
271 MASS AVE Unit 21 Arlington ma

*-TENTATIVE*

| 3. Requested Beginning Date of Lease | 4. Number of Bedrooms | 5. Year Constructed | 6. Proposed Rent | 7. Security Deposit Amt. | 8. Date Unit Available for Inspection |
|---|---|---|---|---|---|
| 3/15/05 | 1 | 67 | 1,150 | — | now |

9. Type of House/Apartment
☐ Single Family Detached  ☐ Semi-Detached / Row House  ☐ Manufactured Home  ☐ Garden / Walkup  ☑ Elevator / High-Rise

10. If this unit is subsidized, indicate type of subsidy:
☐ Section 202  ☐ Section 221(d)(3)(BMIR)  ☐ Section 236 (insured or noninsured)  ☐ Section 515 Rural Development
☐ Home  ☐ Tax Credit
☐ Other (Describe Other Subsidy, Including Any State or Local Subsidy) _____

11. Utilities and Appliances
The owner shall provide or pay for the utilities and appliances indicated below by an "O". The tenant shall provide or pay for the utilities and appliances indicated below by a "T". Unless otherwise specified below, the owner shall pay for all utilities and appliances provided by the owner.

| Item | Specify fuel type | | | | | Provided by | Paid by |
|---|---|---|---|---|---|---|---|
| Heating | ☑ Natural gas | ☐ Bottle gas | ☐ Oil | ☐ Electric | ☐ Coal or Other | O | O |
| Cooking | ☑ Natural gas | ☐ Bottle gas | ☐ Oil | ☐ Electric | ☐ Coal or Other | O | O |
| Water Heating | ☑ Natural gas | ☐ Bottle gas | ☐ Oil | ☐ Electric | ☐ Coal or Other | O | O |
| Other Electric | | | | | | | T |
| Water | | | | | | O | O |
| Sewer | | | | | | O | O |
| Trash Collection | | | | | | O | O |
| Air Conditioning | | | | | | O | T |
| Refrigerator | | | | | | O | T |
| Range/Microwave | | | | | | O | O |
| Other (specify) | | | | | | | |

**BOTH PARTIES – PLEASE COMPLETELY FILL OUT BOTH SIDES OF THIS RFTA**

Previous editions are obsolete  
Page 1 of 2  
form HUD-52517 (06/2003)
ref. Handbook 7420.8

*(TENTATIVE — DEPENDING ON APPROVAL OF MOVE TO APT 21 FROM APT 43 BY METROPOLITAN HOUSING PARTNERSHIP (SECTION 8) AND ALLOWING FOR SUFFICIENT TIME (DAYS) TO EFFECT MOVING OF FURNITURE + PERSONAL PROPERTY FROM APT 43 TO APT 21)

**BOTH PARTIES – PLEASE COMPLETELY FILL OUT BOTH SIDES OF THIS RFTA**

12. Owner's Certifications.

a. The program regulation requires the PHA to certify that the rent charged to the housing choice voucher tenant is not more than the rent charged for other unassisted comparable units. Owners of projects with more than 4 units must complete the following section for most recently leased comparable unassisted units within the premises.

| | Address and unit number | Date Rented | Rental Amount |
|---|---|---|---|
| 1. | Unit 26 | 1 Yr | 1200 |
| 2. | 36 | 3 Yrs | 1075 |
| 3. | 47 | 3 Yrs | 1055 |

b. The owner (including a principal or other interested party) is not the parent, child, grandparent, grandchild, sister or brother of any member of the family, unless the PHA has determined (and has notified the owner and the family of such determination) that approving leasing of the unit, notwithstanding such relationship, would provide reasonable accommodation for a family member who is a person with disabilities.

c. Check one of the following:

____ Lead-based paint disclosure requirements do not apply because this property was built on or after January 1, 1978.

✓ The unit, common areas servicing the unit, and exterior painted surfaces associated with such unit or common areas have been found to be lead-based paint free by a lead-based paint inspector certified under the Federal certification program or under a federally accredited State certification program.

____ A completed statement is attached containing disclosure of known information on lead-based paint and/or lead-based paint hazards in the unit, common areas or exterior painted surfaces, including a statement that the owner has provided the lead hazard information pamphlet to the family.

13. The PHA has not screened the family's behavior or suitability for tenancy. Such screening is the owner's own responsibility.

14. The owner's lease must include word-for-word all provisions of the HUD tenancy addendum.

15. The PHA will arrange for inspection of the unit and will notify the owner and family as to whether or not the unit will be approved.

Print or Type Name of Owner/Owner Representative: **Leon Lombard**
Signature: _[signed]_
Business Address: **20 Grove St Arlington 02476**
Telephone Number: **781 648-8600**
Date (mm/dd/yyyy): **3/3/05**

Print or Type Name of Household Head: **Johnathan Pressman**
Signature (Household Head): _[signed]_
Present Address of Family (street address, apartment no., city, State, & zip code):
Telephone Number:
Date (mm/dd/yyyy):

! **STOP** !

**PLEASE READ THIS BEFORE PROCEEDING. IT WILL EXPEDITE THE LEASING PROCESS**

FOR HOUSEHOLDS WITH CHILDREN UNDER THE AGE OF 6, MBHP REQUIRES THAT A LETTER OF LEAD COMPLIANCE (LOC) IS ATTACHED TO THIS RFTA. IF YOU ARE UNSURE IF WHAT YOU ARE ATTACHING IS SUFFICIENT, MBHP WILL FORWARD WHAT YOU HAVE ATTACHED TO THE INSPECTOR, AND HE/SHE WILL DISCUSS THE MATTER FURTHER WITH YOU.

Please initial to verify you have attached the LOC if there will be children under the age of 6 living in the unit.

MSHP   617 426 4293   03/03/05 04:05pm   P. 004

METROPOLITAN
BOSTON
HOUSING
PARTNERSHIP

O  O

# MUTUAL TERMINATION AGREEMENT

The lease between: _Leon Lombard_ and _JohncThan Pressman_
                            Property Owner                             Tenant

for the apartment located at: _271 MASS AVE - APT. 43_
                                   _ARLINGTON, MA 02474_

shall by this Agreement be mutually terminated as of: _3/15/05 (PENDING APPROVAL OF MOVE TO APT 21 BY METROPOLITAN HOUSING PARTNERSHIP SECTION 8 + ALLOWANCE OF SUFFICIENT DAYS TO EFFECT MOVING OF FURNITURE + PERSONAL PROPERTY FROM APT 43 TO APT 21)_
                                                    Date

_3/3/05_
Date                        Signature- Property Owner

_3/4/05_
Date                        Signature- Tenant

*Instructions:* If you would like to move and have lived in your current apartment for less than one year, you can only terminate the lease by mutual termination. You must have the consent of the property owner. A copy of a Mutual Termination Agreement must be received by MBHP prior to your move.

*Note:* If you do not use this form, any letter submitted as a Mutual Termination Agreement must contain the same information.

125 Lincoln Street, Boston, MA   617-859-0400 or 800-272-0990   Fax: 617-426-4531   www.mbhp.org