UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN S. PRESSMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-10497-RCL |
| v. ) | |
| ) | |
| LEON E. LOMBARD, ) | |
| aka Grove Associates, ) | |
| ) | |
| Defendant. ) | |

ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated April 6, 2005 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

April 6, 2005                           By the Court,

                                        /s/ Jeanette McGlamery
                                        Deputy Clerk